IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA D. ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:08c143-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Extension of Time (Doc. #12), it is

ORDERED that the Motion (Doc. #12) is GRANTED. Defendant's brief is now due **on or before 18 September 2008**.

Done this 5th day of August.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE